**Clifford W. MURPHY, Respondent,**

v.

**Patricia L. MURPHY, Appellant.**

**No. WD 69644.**

Missouri Court of Appeals,
Western District.

Sept. 22, 2009.

Kenneth C. Hensley, for Respondent.

Michael C. McIntosh, for Appellant.

Before Division Two: VICTOR C. HOWARD, Presiding Judge, JOSEPH M. ELLIS, Judge and MARK D. PFEIFFER, Judge.

### ORDER

PER CURIAM:

Patricia Murphy appeals the judgment of the trial court dissolving her marriage to Clifford Murphy. She claims that the trial court abused its discretion in valuing and dividing marital property and in denying her requests for maintenance and attorney's fees.

The judgment of the trial court is affirmed. Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Tyrone HENDERSON, Appellant.**

**No. WD 69260.**

Missouri Court of Appeals,
Western District.

Sept. 22, 2009.

James B. Farnsworth, for Respondent.

Laura G. Martin, for Appellant.

Before THOMAS H. NEWTON, C.J., JAMES EDWARD WELSH and KAREN KING MITCHELL, JJ.

### ORDER

PER CURIAM:

Tyrone Henderson appeals the circuit court's judgment convicting him of assault in the first degree and armed criminal action. We affirm. Rule 30.25(b).